IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LOHR DISTRIBUTING CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-02611 |
| | ) |
| CONSTELLATION BRANDS, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO WITHDRAW
MOTION FOR TEMPORARY RESTRAING ORDER**

Plaintiff Lohr Distributing Co., Inc. requessts the Court withdraw, without prejudice, its Motion for Temporary Restraining Order filed in the St. Louis City Circuit Court; Doc. 3-1, p. 13.

JACOBSON PRESS P.C.

/s/ Allen P. Press
Allen P. Press #39293
168 N. Meramec Ave., Suite 150
Clayton, MO 63105
Phone: (314) 899-9789
E-mail: press@ArchCityLawyers.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The filing attorney certifies that on September 23, 2019 a copy of the foregoing was served on all counsel of record via the Court's e-filing system.